UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LELAND BELDEN** | **CIVIL ACTION** |
| **VERSUS** | **NO.** |
| **BELDEN INVESTMENTS, L.L.C. d/b/a AMPHIBIOUS MARINE AND MID-GULF RECOVERY SERVICES, L.L.C.** | **JUDGE:** |
| | **MAG. JUDGE:** |
| | **RULE 9(h)** |

**COMPLAINT FOR DAMAGES**
**UNDER THE JONES ACT, ETC.**

**TO THE HONORABLE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA AND THE JUDGES THEREOF:**

The Complaint of Leland Belden, a person of majority age residing in New Iberia, Louisiana, with respect represents:

1.

Made defendants herein are:

a) Belden Investments, L.L.C. d/b/a Amphibious Marine (hereinafter Belden Investments), a Louisiana limited liability company authorized to do and doing business in this state and judicial district at all material times; and

b) Mid-Gulf Recovery Services, LLC, a Louisiana limited liability company authorized to do and doing business in this state and judicial district at all material times.

## FOR A FIRST CAUSE OF ACTION

2.

At all material times, defendant Belden Investments owned and operated a fleet of vessels in navigation and employed plaintiff as a member of the crew of said vessels, for which job he earned between $250 and $350 per day, plus found and fringe benefits.

3.

At all material times, Belden Investments entered into a charter agreement with defendant Mid-Gulf Recovery Services for use of Belden Investments' vessel fleet in the DEEPWATER HORIZON oil spill response, clean up and recovery effort on the navigable territorial waters of Louisiana.

4.

While plaintiff was attempting to perform chores as a vessel crew member engaged in the chartered mission of oil recovery and vegetation clean up and removal, plaintiff was exposed to hydrocarbons and toxic and carcinogenic chemicals and compounds contained therein and emanating therefrom.

5.

As a result of plaintiff's exposure to hydrocarbons and toxic and carcinogenic chemicals and compounds while in the service of the vessels as described above, plaintiff contracted Goodpasture's Syndrome, an incurable disease affecting plaintiff's lungs and renal system.

6.

The above-described incident was caused by the negligence of defendants Belden Investments and Mid-Gulf Recovery Services and the unseaworthiness of the vessels to which plaintiff was assigned and working at all material times.

7.

The aforesaid casualty and resulting severe, painful, permanent and disabling injuries to plaintiff Leland Belden have greatly impaired his wage earning capacity and, as a result, he is entitled to damages in an amount reasonable under the circumstances of this cause.

8.

Jurisdiction of this cause of action against defendants Belden Industries and Mid-Gulf Recovery Services is based upon the general maritime law and this matter is brought pursuant to Fed. R. Civ. Proc. Rule 9(h).

**WHEREFORE**, plaintiff Leland Belden prays for judgment in his favor and against defendants Belden Investments, L.L.C. d/b/a Amphibious Marine and Mid-Gulf Recovery Services, LLC in an amount reasonable under the circumstances of this cause, for legal interests on those amounts for which plaintiff is entitled to obtain legal interest, and for any additional general and equitable relief as the facts of this cause may require.

Respectfully submitted,

/s/ Paul M. Sterbcow
Paul M. Sterbcow, T.A. (#17817)
Ian F. Taylor (#33408)
Lewis, Kullman, Sterbcow & Abramson
601 Poydras Street, Suite 2615
New Orleans, Louisiana 70130
(504) 588-1500
Sterbcow@lksalaw.com
itaylor@lksalaw.com

/s/ Jeremy Hebert
Jeremy Hebert (# 26327)
Becker & Hebert
P. O. Drawer 52085
Lafayette, Louisiana 70505
(337) 233-1987
Jeremy@lawbecker.com

**PLEASE SERVE:**

**BELDEN INVESTMENTS, L.L.C.**
**d/b/a AMPHIBIOUS MARINE**
Through its registered agent:
Martin L. Belden
106 Bayou Road
New Iberia, LA 70563


**MID-GULF RECOVERY SERVICES, L.L.C.**
Through their registered agent:
Gary L. Smith
#9 Apple Street
Norco, LA 70089